B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

__Northern__ District Of __Illinois__

**In re**

__Regina White__

**Debtor**

Case No. _____

Chapter __7__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ............................. $ __1000__

   Prior to the filing of this statement I have received ..................... $ __305__

   Balance Due ............................................................. $ __695__

2. The source of the compensation paid to me was:

   [X] Debtor          [ ] Other (specify)

3. The source of compensation to be paid to me is:

   [X] Debtor          [ ] Other (specify)

4. [X] I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   [ ] I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

3\8\16
*Date*

*Signature of Attorney*

LAW OFFICES OF DANIEL MOULTON
*Name of law firm*

## Retainer Agreement

The undersigned _Regina White_, retains the Law Offices of Daniel M. Moulton to provide legal services in the matter of client _Chapter 7_

Client agrees to assist the Law Offices of Daniel M. Mouton in a reasonable manner, to provide information and documents that are required and to attend meetings.

Client agrees to pay the Law Offices of Daniel M. Moulton, as a fee, the following sums: _$1,000 + $335_

to the Law Offices of Daniel M. Moulton for its acceptance of this matter as stated above.

In the event that client has not paid any billings of the attorney, the attorney is hereby authorized to postpone all services in this matter, and shall not be required to make any judicial appearances. Client understands and accepts that the attorney may from time to time employ substitute counsel to assist in the rendering of services. Said assistance will not effect the agreed upon compensation. In addition, the above stated services and compensation do not include the appeal process, which will require a separate agreement for services and compensation if the reason for an appeal arises.

Signed in Chicago, Illinois this _7_ day of _MARCH_, 2016

_[signature]_ _____
Client                                Client

_[signature]_
Law Offices of Daniel M. Moulton